AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Carlos Andrade

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ95A

I, Carlos Andrade, charged in a (complaint) (petition) pending in this District with Poss. firearm after felony conviction in violation of Title 18, U.S.C., 922(g)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Carlos Andrade

*Defendant*

6/30/08

*Date*

[signature]

*Counsel for Defendant*