RECEIVED
U.S. MARSHALS SERVICE

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUN 27 2008

District of RHODE ISLAND

District of Rhode Island

UNITED STATES OF AMERICA

V.

CARLOS ANDRADE
DOB 1975, Providence, RI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-95A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carlos Andrade
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) 922(g)(1)

~~DAVID L. MARTIN~~ Lincoln D. Almond
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

6/27/08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at RI Superior Court by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/27/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 06/30/08 | | |