IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 08 63ML |
| vs. | ) | In violation of |
| | ) | 18 U.S.C. § 922(g)(1) |
| CARLOS ANDRADE | ) | |

FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about December 24, 2007, in the District of Rhode Island, defendant CARLOS ANDRADE, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in interstate commerce a firearm, that is a Jennings, Model J-22, .22 caliber, semi-automatic handgun, serial number 332157.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division
Assistant U.S. Attorney

July 23, 2008
Date